# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DANTE PERSON,**  **CASE NO. 1:10-cv-35**

    Petitioner,  **Judge Timothy S. Black**
  **Magistrate Judge Karen L. Litkovitz**

  **-vs-**

**WARDEN, Warren Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Sixth Circuit's decision and order, the portion of the December 19, 2011 Order and Judgment granting petitioner a conditional writ of habeas corpus (Docs. 14 and 15) is **VACATED**; and the petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and the case is **CLOSED** from the docket.

Date: March 26, 2014  **JOHN P. HEHMAN, CLERK**
  By: s/ M. Rogers
  Deputy Clerk